```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0077--CR (JWS)
                                  "USA V JAMES DAVID MILLER ET AL"
                                    DEF 1.1 MILLER, JAMES DAVID

                    Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 08/18/05
              Closed: NO
 No. of Defendants: 2
     MJ Case Number:
                 AKA:
     Location status: Released on Bond
          Trial date: 02/15/06
          Terminated: NO
  Needs interpreter: NO
    Counsel of record: Thomas Burke Wonnell
                      2600 Denali Street, Suite 460
                      Anchorage, AK 99501
                      907-276-8008
                      FAX 907-278-8571
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial

                    Andrea Steward
                    Environment/Natural Resources
                    U.S. Department of Justice
                    POB 23985
                    Washington, DC 20026-3985
                    202-305-0230
                    Serve: NO
                     Type: Not specified
                     Role: Pretrial/Trial

                    Robert S. Anderson
                    Environment/Natural Resources
                    U.S. Department of Justice
                    POB 23985
                    Washington, DC 20026-3985
                    202-305-0230
                    Serve: NO
                     Type: Not specified
                     Role: Pretrial/Trial
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0077--CR (JWS)
                              "USA V JAMES DAVID MILLER ET AL"
                                DEF 1.1 MILLER, JAMES DAVID

                    Including terminated defendants, excluding terminated counsel
```

Counts re: DEF 1.1 MILLER, JAMES DAVID

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |
| 1 -  1 IND | 2 | 18:1001(a) FALSE STATEMENT (F) | Pending |
| 1 -  1 IND | 3 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |
| 1 -  1 IND | 4 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |
| 1 -  1 IND | 5 | 16:1372(a)(4) MARINE MAMMAL PROTECTION ACT (M) | Pending |
| 1 -  1 IND | 6 | 16:1372(a)(2)(A) MARINE MAMMAL PROTECTION ACT (M) | Pending |
| 1 -  1 IND | 7 | 18:1001(a) FALSE STATEMENT (F) | Pending |
| 1 -  1 IND | 8 | 16:3372(a)(2)(A), 3373(d)(2) LACEY ACT (M) | Pending |
| 1 -  1 IND | 9 | 16:3374(a)(2) FORFEITURES | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0077--CR (JWS)
                                  "USA V JAMES DAVID MILLER ET AL"
                                    DEF 2.1 MILLER, CLINT ZERBE

                       Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/18/05
             Closed:  NO
  No. of Defendants:  2
      MJ Case Number:
                 AKA:
     Location status:  Released on Bond
          Trial date:  02/15/06
          Terminated:  NO
   Needs interpreter:  NO
   Counsel of record:  F. Richard Curtner
                       Federal Public Defender Agency
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3412
                       FAX 907-646-3480
                       Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  James A. Goeke
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial

                       Andrea Steward
                       Environment/Natural Resources
                       U.S. Department of Justice
                       POB 23985
                       Washington, DC 20026-3985
                       202-305-0230
                       Serve: NO
                         Type: Not specified
                         Role: Pretrial/Trial

                       Robert S. Anderson
                       Environment/Natural Resources
                       U.S. Department of Justice
                       POB 23985
                       Washington, DC 20026-3985
                       202-305-0230
                       Serve: NO
                         Type: Not specified
                         Role: Pretrial/Trial
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0077--CR (JWS)
                        "USA V JAMES DAVID MILLER ET AL"
                         DEF 2.1 MILLER, CLINT ZERBE

           Including terminated defendants, excluding terminated counsel
```

Counts re: DEF 2.1 MILLER, CLINT ZERBE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 3 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |
| 1 - 1 IND | 4 | 16:3372(a)(2)(A), 3373(d)(1)(B); 18:2 LACEY ACT (F) | Pending |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0077--CR (JWS)
                              "USA V JAMES DAVID MILLER ET AL"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 08/18/05
            Closed: NO
No. of Defendants: 2


 Document #     Filed      Docket text

      1 -  1   08/18/05   [Re: DEF 1-2] PLF 1 Indictment.

   NOTE -  1   08/19/05   Issued: summons on DEF 1 & DEF 2.

   NOTE -  2   08/19/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

      2 -  1   08/19/05   [Re: DEF 1-2] JDR Grand Jury Minutes re: bail to be determined at arr;
                          sum to be iss; set for arr & notify USM.

      3 -  1   08/19/05   [Re: DEF 1] JDR Minute Order setting arr on 9/26/05 @ 9:30 a.m.. cc:
                          USA, USM, Def w/USM cy, USPO, Judge Sedwick

      4 -  1   08/19/05   [Re: DEF 2] JDR Minute Order setting arr on 9/26/05 @ 10:00 a.m.. cc:
                          USA, USM, DEF w/USM cy, USPO, Judge Sedwick

      5 -  1   08/23/05   DEF 1 Attorney Appearance of T. Burke Wonnell.

      6 -  1   08/24/05   USM Return of svc of summons re: DEF 1 executed on 8/23/05.

      7 -  1   08/25/05   DEF 2 motion to continue arraignment.

      8 -  1   08/29/05   [Re: DEF 2] JDR Order granting motion to continue arraignment (7-1); arr
                          set 9/26/05 is reset to 10/3/05 at 9:30 a.m.  cc: USA, FPD (as Friend of
                          the Court), USM, PO, Def (by FPD)

      9 -  1   08/31/05   USM Return of svc on summons re: DEF 2 executed on 8/30/05.

     10 -  1   09/07/05   [Re: DEF 1] PLF 1 motion (ex parte) on shortened time for restraining
                          order.

     11 -  1   09/07/05   [Re: DEF 1] JWS Restraining Order granted as directed (10-1). cc: USA,
                          T. Wonnell, MJ Roberts

     12 -  1   09/08/05   DEF 1 motion to modify restraining order on shortened time w/att aff.

     13 -  1   09/08/05   [Re: DEF 1] JWS Order granting mot to modify restraining ord on
                          shortened time (12-1); def shall deliver Super Cub to US representative
                          @ Spokane Airport NLT 9/20/05; delivery to be made @ def's expense. cc:
                          USA, B. Wonnell

     14 -  1   09/14/05   [Re: DEF 1] PLF 1 motion on shortened time to reinstate restraining
                          order or for a hearing on the circumstances of the aircraft's removal &
                          disassembly w/att aff.

     15 -  1   09/15/05   [Re: DEF 1] JWS Minute Order setting hrg on mot to modify restraining
                          ord @ dkt 14 on 9/26/05 @ 9:00 a.m. before Judge Beistline; def may file
                          response by 9/22/05; no reply to be fld unless requested by Judge
                          Beistline. cc: USA, B. Wonnell, USM, USPO, Judge Beistline


ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                         Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0077--CR (JWS)
                             "USA V JAMES DAVID MILLER ET AL"

                                    For all filing dates


 Document #    Filed      Docket text

    16 -   1   09/16/05   DEF 2 Unopposed motion to reschedule arraignment.

    17 -   1   09/16/05   [Re: DEF 1-2] PLF 1 Notice of substitution of cnsl re: request of svc by
                          def cnsl on Andrea Steward & Robert S. Anderson.

    18 -   1   09/19/05   [Re: DEF 2] JDR Minute Order granting unopposed motion to reschedule
                          arraignment to 9/26/05 at 10:30 a.m. (16-1). cc: USA, FPD, USM, USPO

    19 -   1   09/22/05   DEF 1 opposition to [Re: DEF 1] PLF 1 motion on shortened time to
                          reinstate restraining order or for a hearing on the circumstances of the
                          aircraft's removal & disassembly (14-1).

    20 -   1   09/26/05   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] Re: hrg on mot to
                          reinstate restraining order held 9/26/05; denying motion as moot on
                          shortened time to reinstate restraining order or for a hearing dkt
                          (14-1); agreement stated on record; written ruling to issue. cc: USA, B.
                          WONNELL, USM, USPO, Judge Sedwick

    21 -   1   09/26/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                          9/26/05); def pleas not guilty to cts 1-8 of the Indt and denies ct 9 of
                          the Indt; meet and confer by 10/3/05, crt directed parties to set forth
                          in the doc that is filed w/the crt a schedule for providing any disc
                          that has yet to be provided; ptm's due 10/16/05; TBJ set for 12/5/05 at
                          9:00 a.m. before Judge Sedwick, FPTC set for 12/5/05 at 8:30 a.m.; cc:
                          USA, R. Anderson, T. Wonnell, USM, USPO, JC, Judge Sedwick.

    22 -   1   09/26/05   [Re: DEF 2] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                          9/26/05); R. Curtner accepted appt; def plead not guilty to cts 3 and 4
                          of the Indt; meet and confer by 10/3/05, crt directed parties to set
                          forth in the doc that is filed w/the crt a schedule for providing any
                          disc that has yet to be provided; ptm's due 10/16/05; TBJ set for
                          12/5/05 at 9:00 a.m. before Judge Sedwick, FPTC set for 12/5/05 at 8:30
                          a.m.; cc: USA, R. Anderson, FPD, USM, USPO, JC, Judge Sedwick.

    23 -   1   09/26/05   DEF 2 Attorney Appearance of R. Curtner (FPD).

    24 -   1   09/27/05   [Re: DEF 1] Order setting conditions of release re bond set at $10,000
                          unsecured. cc: USA, T. Wonnell, USM, USPO

    25 -   1   09/27/05   [Re: DEF 1] Appearance bond set at $10,000. unsecured.

    26 -   1   09/27/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 10/3/05; PTM's due 10/16/05. cc: USA, T. Wonnell

    27 -   1   09/27/05   [Re: DEF 2] Financial Affidavit.

    28 -   1   09/27/05   [Re: DEF 2] Order setting conditions of release re bond set at $7,500.
                          unsecured. cc: USA, FPD, USM, USPO

    29 -   1   09/27/05   [Re: DEF 2] Appearance bond set at $7,500. unsecured.

    30 -   1   09/27/05   [Re: DEF 2] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 10/3/05; PTM's due 10/16/05. cc: USA, FPD

    31 -   1   09/27/05   [Re: DEF 1-2] JWS Minute Order setting TBJ on 12/5/05 @ 9:00 a.m. & FPTC
                          on 12/5/05 @ 8:30 a.m.. cc: USA, B. Wonnell, FPD, USM, USPO, MJ Roberts,
                          JC
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0077--CR (JWS)
                              "USA V JAMES DAVID MILLER ET AL"
```

                                For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 32 | - 1 | 09/28/05 | DEF 2 Unopposed motion on shortened time to modify cond's of release to auth orize travel to & residence in Utah w/att aff. |
| 33 | - 1 | 09/28/05 | [Re: DEF 2] JDR Order granting unopposed motion on shortened time to modify cond's of release to auth travel to and residence in Utah (32-1). cc: USA, FPD, USPO |
| 34 | - 1 | 09/30/05 | [Re: DEF 1] RRB Order re motion to reinstate restraining order as stated. cc AUSA, T. WONNELL, USM, USPO |
| 35 | - 1 | 10/03/05 | DEF 1 Unopposed motion to continue trial date of 12/5/05. |
| 35 | - 2 | 10/03/05 | DEF 1 Unopposed motion to continue pretrial deadlines. |
| 36 | - 1 | 10/06/05 | [Re: DEF 1-2] PLF 1 Discovery Conference Certificate. |
| 37 | - 1 | 10/11/05 | [Re: DEF 2] JWS Order of excludable delay re: mot @ dkt 32 from 9/28/05 to 9/28/05 (1 day; under code E). |
| 38 | - 1 | 10/11/05 | [Re: DEF 1] JWS Minute Order denying unoppo mot to continue trial date of 12/5/05 (35-1). cc: USA, B. Wonnell, FPD, MJ Roberts |
| 39 | - 1 | 10/12/05 | [Re: DEF 1] JDR Minute Order granting/denying unopposed motion to continue pretrial deadlines (35-2); PTM's due 10/17/05. cc: USA, T. Wonnell |
| 40 | - 1 | 10/17/05 | [Re: DEF 1-2] PLF 1 Notice of intent to use expert witnesses. |
| 41 | - 1 | 10/17/05 | [Re: DEF 1-2] PLF 1 Notice of intent to offer evidence of other crimes, wrongs, or acts. |
| 41 | - 2 | 10/17/05 | [Re: DEF 1-2] PLF 1 motion for admission of evidence of other crimes, wrongs, or acts. |
| 42 | - 1 | 10/17/05 | DEF 1 motion to strike surplusage from the indictment. |
| 43 | - 1 | 10/24/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to strike surplusage from the indictment (42-1). |
| 44 | - 1 | 11/02/05 | DEF 1 opposition to [Re: DEF 1-2] PLF 1 motion for admission of evidence of other crimes, wrongs, or acts (41-2). |
| 45 | - 1 | 11/02/05 | [Re: DEF 1-2] PLF 1 Joint motion to continue trial date w/att exh. |
| 46 | - 1 | 11/03/05 | [Re: DEF 1-2] JWS Minute Order setting sched conf on 11/16/05 @ 10:00 a.m. to consider joint mot for continuance @ dkt 45. cc: USA, T. Wonnell, R. Curtner |
| 47 | - 1 | 11/10/05 | [Re: DEF 1] JDR Order granting motion to strike surplusage from the indictment (42-1); Paragraphs 1-15 of the Introductory Allegations of the Indt are STRICKEN; stricken paragraphs shall serve as a bill of particulars to inform def of the nature of the charges. cc: USA, T. Wonnell, FPD |
| 48 | - 1 | 11/16/05 | [Re: DEF 1-2] JWS Court Minutes [ECR: Elisa Singleton] re Status Conference (held 11/16/05); granting Joint motion to continue trial date (45-1); tbj set for 12/5/05 vacated and reset to 2/15/2006 at 9:00 and resetting FPTC to 2/15/2006 at 8:30 a.m.; excludable delay found under |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0077--CR (JWS)
                              "USA V JAMES DAVID MILLER ET AL"

                                       For all filing dates

 Document #    Filed      Docket text
 ----------    -----      -----------
                          18 USC 3161(h)(8)(B)(iv).  cc: USA, T. Wonnell, R. Curtner, Jury Clerk,
                          USM, USPO, MJ Roberts.

   49 -  1    11/21/05    DEF 1 motion on shortened time to modify bail conditions.

   50 -  1    11/22/05    [Re: DEF 1] JDR Minute Order re hrg on def's mot to modify bail cond's
                          (49-1) set for 11/22/05 at 3:30 p.m. cc: USA, T. Wonnell, USM, USPO

   51 -  1    11/22/05    [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion on shortened time to
                          modify bail conditions (49-1).

   52 -  1    11/22/05    DEF 2 Unopposed motion to modify conditions of release.

   53 -  1    11/23/05    [Re: DEF 2] JDR Order granting unopposed motion to modify conditions of
                          release as directed (52-1). cc: USA, T. Wonnell, USM, USPO

   54 -  1    11/23/05    [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] Re: hrg on mot to
                          modify bail conds (doc #49) (held 11/22/05); granting motion on
                          shortened time to modify bail conditions (49-1). cc: USA, T. WONNELL,
                          USM, USPO
```

Case 3:05-cr-00077-JWS   Document 54   Filed 08/18/2005   Page 8 of 8