T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

Attorney for Defendant, James David Miller

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-77-1-JWS |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION AND MEMORANDUM** |
| VS. ) | **FOR SUBSTITUTION OF** |
| ) | **COUNSEL ON SHORTENED TIME** |
| JAMES DAVID MILLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Defendant James David Miller, by and through undersigned counsel, and hereby moves the Court pursuant to D.Ak. LCrR 44.1 to permit the withdrawal of the undersigned as attorney of record for Defendant and the substitution of Arthur Greenspan of Criminal Defendant Associates, 20700 Ventura Boulevard, Suite 301, Woodland Hills, CA 91364.  Mr. Greenspan's phone number is (800)313-9619, and fax number is (818)313-6871. This substitution is at Defendant's request, and the undersigned notified government counsel and counsel for codefendant Clint Miller of this motion by phone.  This motion ought to be granted for good cause shown because Defendant has privately retained alternative counsel to continue his representation.

RESPECTFULLY SUBMITTED this 18th day of January, 2006.

          T. BURKE WONNELL
          Attorney for Defendant
          James David Miller


By:_____/s/_____
    T. Burke Wonnell
    AK Bar No. 9610049


CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were served by electronic mail on:

James A. Goeke, Esq.
222 W. 7th Ave. #9 Room 253
Anchorage, AK 99513-7567

Richard Curtner, Esq.
550 W. 7th Ave. Suite 1600
Anchorage, AK 99501


this 18th day of January, 2006.


_____/s/_____
T. Burke Wonnell