MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


*UNITED STATES OF AMERICA*     v.     *JAMES DAVID MILLER (1)*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:05-cr-00077 JWS


PROCEEDINGS:     **ORDER FROM CHAMBERS**     Date: January 18, 2006

---

     The court has reviewed plaintiff's motion at docket 41 and the response at docket 44.  The court would prefer to address these matters after the parties have filed their trial briefs.  Plaintiff may incorporate the arguments and authorities set out at docket 41 by a simple reference in its trial brief if it desires to proceed in that fashion.  Because plaintiff has alerted defendant well in advance, the court will expect a thorough discussion in defendant's trial brief (which discussion may include, where it may be appropriate, an acknowledgment that certain evidence is admissible).

     The motion at docket 41 is **DENIED** without prejudice to consideration in connection with the trial briefs.