CRIMINAL DEFENSE ASSOCIATES
ARTHUR GREENSPAN, ESQ; SBN 150216
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-CR-00077-JWS-JDR-1 |
| Plaintiff, | ) ) ) ) | **UNOPPOSED MOTION TO CONTINUE TRIAL;** |
| vs. | ) | **DECLARATION OF** |
| JAMES DAVID MILLER et al., | ) | **ARTHUR GREENSPAN** |
| Defendant. | ) ) | |

COMES NOW the Defendant, James Miller, by and through his counsel, Arthur Greenspan, and Mark Rosenbaum, Attorney at Law, who will be acting as local counsel for Arthur Greenspan, and requests a continuance of the trial in this matter, presently set for February 15, 2006, to April 17, 2006 or some other date that is convenient to the Court and parties. The reason for this motion is that defense counsel has been retained within the past 10 days and has not had a chance to meet with the Defendant, review discovery or otherwise prepare for a trial that is now just three weeks away. The Defendant waives any right to a speedy trial which may be affected by a continuance granted pursuant to this motion. This motion is not opposed by the Government.

This motion will be based on these moving papers, the court file and record, and the attached declaration of Arthur Greenspan, and is made in the interests of justice, on the grounds

that the delay sought would provide counsel for the Defendant reasonable time necessary for effective trial preparation, taking in account the exercise of due diligence, as contemplated in Title 18, United States Code, Section 3161(h)(8)(B)(iv).

DATED: 1-24-06

Arthur Greenspan, Attorney for Defendant

## DECLARATION OF ARTHUR GREENSPAN

Having been duly sworn, Arthur Greenspan does declare and state:

1. I am an attorney licensed to practice law in the State of California. I am employed by Criminal Defense Associates, and the firm represents Defendant MILLER.

2. Attorney Mark Rosenbaum has been retained as local counsel and will be actively involved in the preparation of a defense and representation of Defendant MILLER on the above-captioned matter.

3. I have recently been assigned to this matter and need an appropriate amount of time to review the voluminous discovery to effectively represent Defendant, MILLER to either resolve the matter prior to trial or be adequately prepared for a trial.

4. I have spoken with Special Assistant United Sates Attorney Robert Anderson who is not opposed to the continuance of this matter for at lease one month or sometime in mid-April, 2006. We have also discussed the possibility of resolving this matter by way of a plea agreement prior to the new trial date, and these discussions are ongoing.

5. Mr. Rosenbaum will not be available for trial on the dates of February 13th- 20th, 2006. I will be engaged in another trial and unavailable on the dates of February 10th- 28th, 2006. Mr. Anderson will be unavailable due to a family vacation between the dates of March 24th - April 5th, 2006.

6. For the reason stated above, I respectfully request that the Jury Trial be continued from the current date of February 15, 2006 to a date that is convenient for this honorable Court and all parties involved.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

DATED: 1-24-06

Arthur Greenspan, Attorney for Defendant