MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


*UNITED STATES OF AMERICA*   v.   *JAMES DAVID MILLER (D1)*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:05-cr-00077 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date:  January 25, 2006

---

    The motion at docket 61 is **GRANTED ON CONDITION** that new counsel Arthur Greenspan (1) files an appearance on behalf of defendant and (2) qualifies to participate in this court's Electronic Case Filing system.