MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JAMES DAVID MILLER (D1)*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:05-cr-00077 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**      Date: January 27, 2006

---

At docket 66, defendant James Miller has filed a motion to continue trial until April 17, 2006. The motion is based upon the fact that recently retained counsel will not have time to adequately prepare a defense by the currently scheduled trial date of February 15, 2006. In the motion, defendant waives his right to a speedier trial. The United States does not oppose the motion. The crime charged is not of a nature which suggests that defendant poses a serious risk of harm to either the community or himself. The court finds that if the continuance is not granted, defendant will be deprived of the ability to prepare an adequate defense. Under all the circumstances, the interest of justice served by granting the continuance outweighs the best interests of the public and the defendant in a speedier trial. Pursuant to 18 U.S.C. 3161(h)(8), the motion at docket 66 is **GRANTED** as follows:

1. The final pre-trial conference is continued to **8:30 AM** on **April 17, 2006**.

2. Trial by jury is continued to **9:00 AM** on **April 17, 2006.**