MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JAMES DAVID MILLER, et al.*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:05-cr-00077 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**      Date:  January 27, 2006

At docket 41, plaintiff moves for an order permitting the introduction of certain evidence with respect to defendants Clint Miller and James David Miller.  The motion is moot as to defendant Clint Miller as a result of his change of plea.  Defendant James David Miller filed a response at docket 44 which in essence asked for more time.  Defendant James David Miller is now represented by new counsel.   Trial in this case was recently continued in a separate order.

Based on the foregoing, **IT IS ORDERED**:  Defendant James David Miller shall file a response to the motion at docket 41 on or before **February 17, 2006.**  Although replies are not normally entertained in criminal cases in this district, in this instance the court will make an exception such that plaintiff may file a reply on or before **February 24, 2006.**