CRIMINAL DEFENSE ASSOCIATES
ARTHUR GREENSPAN, ESQ.
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-077 CR (JWS) |
| | ) | |
| Plaintiff, | ) | NOTICE OF |
| | ) | SUBSTITUTION OF COUNSEL |
| vs. | ) | AND |
| | ) | ENTRY OF APPEARANCE |
| JAMES DAVID MILLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Criminal Defense Associates, by and through Arthur Greenspan, Esq., and hereby gives notice of substitution for T. Burke Wonnell, Esq., as counsel of record for Defendant James David Miller. All further pleadings and correspondence, etc., should be sent to counsel at the following address.

Criminal Defense Associates
Arthur Greenspan, Esq.

20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

The Law Offices of Mark A. Rosenbaum, by and through Mark A. Rosenbaum, Attorney-at-Law, will act as local counsel pursuant to Rule 83.1, D.Ak.L.R., and hereby gives notice of appearance on behalf of defendant in the above-captioned action for the purpose of compliance with the requirements of the Rule. All further pleadings and correspondence, etc., should additionally be sent to Rule 83 local counsel at the following address.

LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
(907) 243-2400
Fax: (907) 243-2609
Email: mark.rosenbaum.law@gci.net

DATED: 02-02-06        Respectfully submitted,

CRIMINAL DEFENSE ASSOCIATES
Attorneys for Defendant

By: _____
ARTHUR GREENSPAN
Attorney-at-Law
CA State Bar No. 150216

DATED: _2 Feb. 2006_     Respectfully submitted,

                      LAW OFFICES OF MARK A. ROSENBAUM
                      Attorneys for Defendant

By: _____
                      MARK A. ROSENBAUM
                      Attorney-at-Law
                      Alaska Bar No. 8906033