CRIMINAL DEFENSE ASSOCIATES
ARTHUR GREENSPAN, ESQ.
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A05-077 CR (JWS) |
|---|---|---|
| Plaintiff, | ) ) ) | *CORRECTED* NOTICE OF |
| vs. | ) ) ) | SUBSTITUTION OF COUNSEL AND |
| JAMES DAVID MILLER, et al., | ) ) | ENTRY OF APPEARANCE (*INCLUDING ERRATA*) |
| Defendants. | ) | |

COMES NOW Criminal Defense Associates, by and through Arthur Greenspan, Esq., and hereby gives notice of substitution for T. Burke Wonnell, Esq., as counsel of record for Defendant James David Miller. All further pleadings and correspondence, etc., should be sent to counsel at the following address.

Arthur Greenspan, Esq.
Criminal Defense Associates

        20700 Ventura Blvd., Suite 301
        Woodland Hills, CA 91364
        Telephone: (818) 313-6870
        Facsimile: (818) 313-6871
        Email: arthur.greenspan@emailcda.com

The Law Offices of Mark A. Rosenbaum, by and through Mark A. Rosenbaum, Attorney-at-Law, will act as local counsel pursuant to Rule 83.1, D.Ak.L.R., and hereby gives notice of appearance on behalf of defendant James David Miller in the above-captioned action for the purpose of compliance with the requirements of the Rule. All further pleadings and correspondence, etc., should additionally be sent to Rule 83 local counsel at the following address.

        Mark A. Rosenbaum
        Law Offices of Mark A. Rosenbaum
        4940 Byrd Lane, Suite 100
        Anchorage, Alaska 99502
        Telephone: (907) 243-2400
        Facsimile: (907) 243-2609
        Email: mark.rosenbaum.law@gci.net
        Alaska Bar No. 8906033

DATED: 02-02-06        Respectfully submitted,

By: _____
        ARTHUR GREENSPAN
        Criminal Defense Associates
        20700 Ventura Blvd., Suite 301
        Woodland Hills, CA 91364

Telephone: (818) 313-6870
Facsimile: (818) 313-6871
Email: arthur.greenspan@emailcda.com
CA State Bar No. 150216

DATED: 2 Feb 2006        Respectfully submitted,

By: /s/ Mark A. Rosenbaum
MARK A. ROSENBAUM
Law Offices of Mark A. Rosenbaum
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
Telephone: (907) 243-2400
Facsimile: (907) 243-2609
Email: mark.rosenbaum.law@gci.net
Alaska Bar No. 8906033

3