CEIPT NO

```
UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00127559 - LC
February 7, 2006


Code    Case #    Qty       Amount

6855XX-N 05-0077 CR          150.00 CK


TOTAL →            ✓150.00
                    posted
                       dy

FROM: CRIMINAL DEFENSE ASSOCIATES
      PRO HAC VICE FEE
      ARTHUR GREENSPAN
      3:05-CR-00077-01-JWS
```