## NOTICE TO NON-RESIDENT ATTORNEY

To:  Arthur Greenspan          Case Number:  3:05-cr-00077-01-JWS

Case Title:  USA  v.  James Miller

This Notice is being sent to advise you that you have been allowed to  participate as a non-resident counsel in the above referenced case.  A fee in the amount $150.00 is required for each case in which an attorney is permitted to participate as a non-resident counsel.  Please forward the required fee of $150.00 with a copy of this notice to:

U.S. District Court
Clerk's Office
222 West 7th Avenue, #4
Anchorage, Alaska 99513

Distribution:
Counsel (2 copies)
Finance
Case File

Non-Resident Attorney Notice: Jan. 2005