CRIMINAL DEFENSE ASSOCIATES
ARTHUR GREENSPAN, ESQ.
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. A05-077 CR (JWS) |
| ) | |
| Plaintiff, ) | NOTICE OF INTENT |
| ) | TO CHANGE PLEA |
| vs. ) | |
| ) | |
| JAMES DAVID MILLER, ) | |
| ) | |
| Defendant. ) | |

    COMES NOW the Defendant, James Miller, by and through his counsel, Arthur Greenspan, and local counsel Mark Rosenbaum, Attorney at Law, and give notice of intent to change Plea and request this honorable court to schedule a hearing on a date that is convenient to the court and all parties. Defendant agrees to plead guilty to Counts 3 and 7 of the Indictment, which charge him with Title 16, United States Code, Sections 3372(a)(2)(A), 3373(d)(1)(B), violation of the Lacey Act and Title 18, United States Code, Section 1001(a), False Statement Statute, respectively. The availability of the parties involved are as follows; Special Assistant U.S. Attorney Robert S. Anderson will be in Anchorage and available the week of March 6th,

with the exception of Wednesday, March 8th, 2006; Local counsel Mark Rosenbaum will be available the afternoon of Friday, March 10th, 2006; Attorney Arthur Greenspan is unavailable the whole week of March 6th but otherwise available the first week of April, 2006; Finally, defendant James Miller is unavailable the month of March and respectfully requests this honorable court to calendar this hearing for the first week of April, 2006 when Mr. Greenspan is available and can be present with Mr. Miller.

DATED: 03/03/06          Respectfully submitted,


By: _____
ARTHUR GREENSPAN
Criminal Defense Associates
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871
Email: arthur.greenspan@emailcda.com
CA State Bar No. 150216

2