I declare under penalty of perjury that a true and correct copy of the foregoing **NOTICE OF INTENT TO CHANGE PLEA** will be served upon

Robert S. Anderson
US Department of Justice
105 E. Pine Street, 2nd Floor
Missoula, MT 59802
202-305-0230

James A. Goeke
US Attorney's Office
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513
907-271-5071

Mark. A. Rosenbaum
Attorney at Law
4940 Byrd Lane, Suite 100
Anchorage, AK 99502-1350
907-243-2400

F. Richard Curtner
Federal Public Defender Agency
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
907-646-3412

Andrea Steward
Environment/Natural Resources
U.S. Department of Justice
PO Box 23985
Washington, DC 20026-3985
202-305-0230

on March 3, 2006, by one or more of the following means:

(X) U.S. Mail
( ) U.S. Mail Certified
( ) FAX
( ) Hand Delivery
( ) Hand Delivery to FPD Pickup Box
( ) Hand Delivery to USAO
( ) Private Messenger Service

Executed at Woodland Hills, CA, on
March 3, 2006.

_____
Alex Lopez