MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JAMES DAVID MILLER (1)*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:05-cr-00077 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**              Date:  March 3, 2006

    The court will conduct a proposed change of plea proceeding at **8:30 AM** on **April 17, 2006**, in Anchorage, Alaska.  The final pre-trial conference and trial dates are hereby **VACATED**.