MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JAMES DAVID MILLER, et al.*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:05-cr-00077 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**       Date: March 29, 2006

In light of the notices of intent to change plea, the motions at dockets 41 and 80 are **DENIED** as moot.