DEBORAH M. SMITH
Acting United States Attorney

JAMES A. GOEKE
First Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

ANDREA STEWARD
ROBERT S. ANDERSON
United States Department of Justice
P.O. Box 23985
L'enfant Plaza Station
Washington, D.C. 20026-3985

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-077-JWS |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR ENTRY OF** |
| | ) | **PRELIMINARY ORDER OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| JAMES DAVID MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby

requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 17th day of April, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that a true and correct copy of the foregoing REQUEST FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE and proposed PRELIMINARY ORDER OF FORFEITURE were served electronically this 17th day of April, 2006, to:

ARTHUR GREENSPAN   (Counsel for defendant James David Miller)
Criminal Defense Associates
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364

MARK A. ROSENBAUM   (Counsel for defendant James David Miller)
Law Offices of Mark A. Rosenbaum
4940 Byrd Lane, Suite 100
Anchorage, AK 99502-1350

s/James Barkeley