CRIMINAL DEFENSE ASSOCIATES
ARTHUR GREENSPAN, ESQ; SBN 150216
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-CR-00077-JWS-JDR-1 |
| ) | |
| Plaintiff, ) | **UNOPPOSED MOTION** |
| vs. ) | **TO CONTINUE SENTENCING;** |
| JAMES DAVID MILLER et al., ) | **DECLARATION OF** |
| ) | **ARTHUR GREENSPAN** |
| Defendant. ) | |

COMES NOW the Defendant, James Miller, by and through his counsel, Arthur Greenspan, and Mark Rosenbaum, Attorney at Law, and requests a continuance of the Sentencing in this matter, presently set for July 7, 2006, to September 29, 2006 or some other date that is convenient to the Court and parties. The reason for this motion is that defense counsel will be engaged in trial for a period of three weeks, beginning June 26, 2006, in the matter of People of the State of Arizona v. Akmal Robinson, Case No. CR 2005-100527-002-DT, and will be unavailable for the Sentencing Hearing, currently set for July 7, 2006. The Defendant waives any right to a speedy trial which may be affected by a continuance granted pursuant to this motion. This motion is not opposed by the Government.

This motion will be based on these moving papers, the court file and record, and the attached declaration of Arthur Greenspan and is made in the interests of justice.

DATED: 5/11/06

_____
Arthur Greenspan, Attorney for Defendant

## DECLARATION OF ARTHUR GREENSPAN

Having been duly sworn, Arthur Greenspan does declare and state:

1. I am an attorney licensed to practice law in the State of California. I am employed by Criminal Defense Associates, and the firm represents Defendant MILLER.

2. I will be engaged in trial for a period of three weeks, beginning June 26, 2006, in the matter of People of the State of Arizona v. Akmal Robinson, Case No. CR 2005-100527-002-DT, and will be unavailable for the Sentencing Hearing, currently set for July 7, 2006.

3. Special Assistant United Sates Attorney Robert Anderson is not opposed to the continuance of this matter until September 29, 2006.

4. For the reason stated above, I respectfully request that the Sentencing date be continued from the current date of July 7, 2006 to September 29, 2006 or a date that is convenient for this honorable Court and all parties involved.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

DATED: 5/11/06

Arthur Greenspan, Attorney for Defendant