I declare under penalty of perjury that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING** will be served upon

| | |
|---|---|
| Robert S. Anderson<br>US Department of Justice<br>105 E. Pine Street, 2nd Floor<br>Missoula, MT 59802<br>202-305-0230 | James A. Goeke<br>US Attorney's Office<br>222 W. 7th Ave., Rm. C-253<br>Anchorage, Alaska 99513<br>907-271-5071 |
| Mark. A. Rosenbaum<br>Attorney at Law<br>4940 Byrd Lane, Suite 100<br>Anchorage, AK 99502-1350<br>907-243-2400 | F. Richard Curtner<br>Federal Public Defender Agency<br>550 West 7th Avenue, Suite 1600<br>Anchorage, AK 99501<br>907-646-3412 |
| Andrea Steward<br>Environment/Natural Resources<br>U.S. Department of Justice<br>PO Box 23985<br>Washington, DC 20026-3985<br>202-305-0230 | Paula McCormick<br>US Dept of Probation<br>222 W. 7th Avenue, # 48<br>Anchorage, AK 99513-7562<br>paula_mccormick@akp.uscourts.gov<br>907-271-4154 |

on May 11, 2006, by one or more of the following means:

    (X) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service

Executed at Woodland Hills, CA, on
May 11, 2006.

_/s/ A. Lopez_
Alex Lopez