CRIMINAL DEFENSE ASSOCIATES
ARTHUR GREENSPAN, ESQ; SBN 150216
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871
Email:  arthur.greenspan@emailcda.com

Attorneys for Defendant
James David Miller

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  3:05-CR-00077-JWS-JDR-1 |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | **DEFENDANT'S NOTICE OF** |
| vs. ) | **LODGING OF PROPOSED** |
| JAMES DAVID MILLER et al., ) | **ORDER FOR MOTION TO** |
| ) | **CONTINUE SENTENCING** |
| Defendant. ) | |
| ) | |

Defendant JAMES MILLER, through counsel, with this notice lodge with the Court a proposed Order for Motion to Continue Sentencing.

DATED:    May 12, 2006

                                    /s/ (Arthur Greenspan)
                                    Arthur Greenspan, Attorney for Defendant