CRIMINAL DEFENSE ASSOCIATES
ARTHUR GREENSPAN, ESQ; SBN 150216
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF  91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  3:05-CR-00077-JWS-JDR-1 |
| | ) | |
| | ) | |
| | ) | **[PROPOSED] ORDER** |
| Plaintiff, | ) | **TO CONTINUE SENTENCING;** |
| vs. | ) | |
| JAMES DAVID MILLER et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby ordered that Defendant James David Miller's Motion to continue Sentencing

from July 7, 2006 to _____ is **GRANTED.**


**IT IS SO ORDERED.**


DATED:_____                    _____

                                         HON. JOHN W. SEDWICK