CRIMINAL DEFENSE ASSOCIATES
ARTHUR GREENSPAN, ESQ; SBN 150216
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
James David Miller

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                             )<br>                          Plaintiff,   )<br>             vs.                               )<br>                                                             )<br>JAMES DAVID MILLER, et al.,  )<br>                                                             )<br>                          Defendant. )<br>_____) | Case No.  3:05-CR-00077-JWS-JDR-1<br><br>**ORDER TO CONTINUE<br>SENTENCING** |

It is hereby ordered that Defendant James David Miller's Motion to continue Sentencing from July 7, 2006, to September 15, 2006, at 8:30 AM, is **GRANTED.**

**IT IS SO ORDERED**.

DATED: 5/16/2006                                                     /s/
                                                                  HON. JOHN W. SEDWICK
                                                     UNITED STATES DISTRICT COURT JUDGE