3

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF USA | COURT CASE NUMBER 3:05-CR-077-JWS |
| DEFENDANT JAMES DAVID MILLER | TYPE OF PROCESS Personal Service |

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | CHRISTOPHER BEEMAN |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1009 1st Street, Kenai, AK 99611 |

RECEIVED
MAY 1 2006
CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| KATIE VOKE<br>United States Attorney's Office<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

Please serve the attached Notice of forfeiture on the above-referenced
individual via U.S. Certified Mail, Return Receipt Requested.

06-FWS-000001

| Signature of Attorney or other Originator requesting service on behalf of:<br>Katie Voke *Katie Voke* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(907) 271-2304 | DATE<br>4/24/06 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 4/28/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 5/5/06 — Time 3:51 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Sent Certified mail on 4/28/06 - Certification # 7000 1530 0003 5117 8818.

See Attached signed receipt (Domestic Return Receipt).

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2,40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

*Postmark Here*

APR 18 2006

FEDERAL FINANCE STA. L.A. CA 90053
USPS 8666-9999

Sent To

Street, A

City, Stat

**CHRISTOPHER BEEMAN**
**1009 1ST STREET**
**KENAI, AK  99611**

PS Form

7000 1530 0003 5117 8818

Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHRISTOPHER BEEMAN**
**1009 1ST STREET**
**KENAI, AK  99611**

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
X [signature]                          ☐ Agent
                                       ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)    7000 1530 0003 5117 8818

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952