# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** USA | **COURT CASE NUMBER** 3:05-CR-077-JWS |
| **DEFENDANT** JAMES DAVID MILLER | **TYPE OF PROCESS** Publication |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
COEUR D'ALENE PRESS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 7000, Coeur d'Alene, ID 83814  (208) 664-8176

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

RECEIVED JUN 26 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Forfeiture in the above-referenced Newspaper once a week for 3 consecutive weeks.

(CATS ID# 06-FWS-000001)

Signature of Attorney or other Originator requesting service on behalf of: Katie Voke
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-2304
DATE: 5/1/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 
District of Origin No.: 6
District to Serve No.: 6
Signature of Authorized USMS Deputy or Clerk
Date: 5/8/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/8/06
Time: 4:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**
Published in Coeur D'Alene Press.
Publication Date: May 13, 20 & 27, 2006.
See Attached Affidavit of Publication.

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# AFFIDAVIT OF PUBLICATION

STATE OF IDAHO, } ss.
County of Kootenai,

_Amy McCree_ being first duly sworn upon oath deposes and says:

1. I am now and at all times hereinafter mentioned was a citizen of the United States, resident of the State of Idaho, over the age of twenty-one years and not a party of the above entitled action.

2. I am now and at all times hereinafter mentioned was the printer (principal clerk) of the "Coeur d'Alene Press," a newspaper printed and published daily except Sunday in Coeur d'Alene, Kootenai County, Idaho, and having a general circulation in said county.

3. The _Legal Notice_ of which the annexed is a printed copy, was published in the regular _Saturday_ issue of said newspaper for _3_ consecutive _weeks_ commencing on the _13_ day of _May_ 20 _06_, and ending on the _27_ day of _May_ 20 _06_, and such publication was made as often during said period as said _daily_ newspaper was regularly issued.

4. That said newspaper has been continuously and uninterruptedly published in said Kootenai County, during a period of more than seventy-eight consecutive weeks immediately prior to the first publication of said notice. _Amy McCree_

On this _27_ day of _May_ in the year of _2006_, before me, a Notary Public, personally appeared _Amy McCree_, known or identified to me to be the person whose name subscribed to the within instrument, and being by me first duly sworn, declared that the statements therein are true, and acknowledged to me that he executed the same.

_Regina Mason_
Notary Public for the State of Idaho,
residing at Coeur d'Alene, Idaho.

**MY COMMISSION EXPIRES 6/18/09**

---

**NOTICE OF:**
**UNITED STATES OF AMERICA v. JAMES DAVID MILLER**
Case No. 3:05-cr-077-JWS

To all interested persons in the above-styled case, notice is hereby given that on April 19, 2006, the United States District Court for the District of Alaska, the Honorable John Sedwick presiding, entered a Preliminary Order of Forfeiture forfeiting one PIPER PA-18 SUPER-CAB AIRCRAFT, SERIAL NUMBER 18-8898, UNITED STATES REGISTRATION NUMBER N9156P, to the United States of America pursuant to 16 U.S.C. § 3374(a)(2) and 28 U.S.C. § 2461.

Pursuant to 21 U.S.C. § 853 (n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, united States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.
Legal 9148
May 13, 20, 27, 2006