CRIMINAL DEFENSE ASSOCIATES
STEPHANIE AMES, ESQ.
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A05-077 CR (JWS) |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| vs. | ) ) | |
| JAMES DAVID MILLER, et al., | ) ) | |
| Defendants. | ) | |

COMES NOW Criminal Defense Associates, by and through Stephanie Ames, Esq., and hereby gives notice of substitution for Arthur Greenspan, Esq., as counsel of record for Defendant James David Miller. All further pleadings and correspondence, etc., should be sent to counsel at the following address:

Stephanie Ames, Esq.
Criminal Defense Associates
20700 Ventura Blvd., Suite 301
Woodland Hills, CA  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871
Email:  stephanie.ames@emailcda.com

The Law Offices of Mark A. Rosenbaum, by and through Mark A. Rosenbaum, Attorney-at-Law, will continue to act as local counsel pursuant to Rule 83.1, D.Ak.L.R., for the purpose of compliance with the requirements of the Rule.  All further pleadings and correspondence, etc., should continue to be sent to Rule 83 local counsel at the following address.

Mark A. Rosenbaum
Law Offices of Mark A. Rosenbaum
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
Telephone:  (907) 243-2400
Facsimile: (907) 243-2609
Email: mark.rosenbaum.law@gci.net
Alaska Bar No. 8906033

DATED: 9 August 2006               Respectfully submitted,

By: _____
Stephanie Ames
Criminal Defense Associates
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871
Email: stephanie.ames@emailcda.com


DATED: 9 Aug 2006               Respectfully submitted,

By: _____
Mark A. Rosenbaum
Law Offices of Mark A. Rosenbaum
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
Telephone: (907) 243-2400
Facsimile: (907) 243-2609
Email: mark.rosenbaum.law@gci.net
Alaska Bar No. 8906033

3