I declare under penalty of perjury that a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** will be served upon

Robert S. Anderson
US Department of Justice
105 E. Pine Street, 2nd Floor
Missoula, MT 59802
202-305-0230

James A. Goeke
US Attorney's Office
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513
907-271-5071

Mark. A. Rosenbaum
Attorney at Law
4940 Byrd Lane, Suite 100
Anchorage, AK 99502-1350
907-243-2400

F. Richard Curtner
Federal Public Defender Agency
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
907-646-3412

Andrea Steward
Environment/Natural Resources
U.S. Department of Justice
PO Box 23985
Washington, DC 20026-3985
202-305-0230

on August 3, 2006, by one or more of the following means:

    (X) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service

Executed at Woodland Hills, CA, on
August 3, 2006.

_____
Alex Lopez