CRIMINAL DEFENSE ASSOCIATES
STEPHANIE AMES, ESQ.
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-077 CR (JWS) |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| JAMES DAVID MILLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS SO ORDERED that Stephanie Ames of Criminal Defense Associates is substituted as

counsel of record for Defendant, James David Miller.

Dated: _____                              _____
                                                    UNITED STATES DISTRICT JUDGE