DEBORAH M. SMITH
Acting United States Attorney

JAMES A GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:05-cr-00077-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| JAMES MILLER et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serves pleadings in the above-captioned case on James A. Goeke, Asst. U.S. Attorney.  Andrea Steward, Assistant U.S.

Attorney, is the lead attorney in this case.

RESPECTFULLY submitted this 11th day of August, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ JAMES A. GOEKE
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on August 11, 2006 a copy
of the foregoing NOTICE was served electronically
on Stephanie Ames, Esq. & Richard Curtner, FPD.

s/ James A. Goeke