CRIMINAL DEFENSE ASSOCIATES
STEPHANIE AMES, ESQ
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:05-CR-00077-JWS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF ATTACHMENT** |
| vs. | ) | |
| JAMES DAVID MILLER et al., | ) | |
| Defendant. | ) | |

Defendant JAMES MILLER, through counsel, gives Notice of Attachment of Proposed Order for Substitution of Counsel.

DATED:   August 11, 2005

/s/ (Stephanie Ames)
Stephanie Ames, Attorney for Defendant