CRIMINAL DEFENSE ASSOCIATES
STEPHANIE AMES, ESQ.
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-CR-00077-JWS |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER |
| ) | |
| vs. ) | SUBSTITUTION OF COUNSEL |
| ) | |
| JAMES DAVID MILLER, et al., ) | |
| ) | |
| Defendants. ) | |

IT IS SO ORDERED that Stephanie Ames of Criminal Defense Associates is substituted as counsel of record for Defendant, James David Miller.

Dated: _____      _____
                                UNITED STATES DISTRICT JUDGE