IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-00077 CR (JWS) |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| JAMES DAVID MILLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS SO ORDERED that Stephanie Ames of Criminal Defense Associates is substituted as counsel of record for Defendant, James David Miller. Mr. Rosenbaum will continue as local counsel upon whom service will be made.

Dated: 8/14/2006                                /s/  JOHN W. SEDWICK
                                                          UNITED STATES DISTRICT JUDGE