

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff(s), )<br>vs. )<br>JAMES DAVID MILLER et al., )<br>)<br>Defendant(s). )<br>_____) | Case No. 3:05-CR-00077-JWS<br><br>MOTION AND APPLICATION<br>OF NON-RESIDENT ATTORNEY<br>FOR PERMISSION TO APPEAR<br>AND PARTICIPATE IN THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Stephanie Ames, hereby apply for permission to appear and participate as counsel for James David Miller, plaintiff/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☒ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

    ☒ I am a registered participant in the CM/ECF System for the District of Alaska.

    ☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

    ☐ For the reasons set forth in the attached memorandum.

## OR

[Rule 83.frm]{Rev.01/06}

☐   I hereby designate                              , a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE: 8/18/06

_____
(Signature)

Name:   Stephanie Ames

Address: Criminal Defense Associates
20700 Ventura Blvd., Suite 301,
Woodland Hills, CA 91364

Telephone: **800-313-9619**            e-mail: stephanie.ames@emailcda.com

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

Name:

Address:

Telephone:                               e-mail:

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____         _____
                                UNITED STATES DISTRICT JUDGE
                                For the District of Alaska

[Rule 83.frm](Rev.01/06)