**THE STATE BAR OF CALIFORNIA**

RECEIVED
AUG 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 8, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEPHANIE AMES, #195608 was admitted to the practice of law in this state by the Supreme Court of California on May 1, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records