**RECEIVED**
AUG 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

DECLARATION OF NONRESIDENT ATTORNEY

Full Name: Stephanie Ames

Business Address: 20700 Ventura Blvd., Suite 301    , Woodland Hills, CA 91364
(Mailing/Street)    (City, State, ZIP)

Residence: 11670 San Vicente, Blvd., #102    , Los Angeles, CA 90049
(Mailing/Street)    (City, State, ZIP)

Business Telephone: 800-313-9619    e-mail address: stephanie.ames@emailcda.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| 10th Circuit Court of Appeals | **Denver, CO** | 2001 |
| Central District of California | Los Angeles, CA | 2006 |
| Central District of Utah | Salt Lake City, UT | 1998 |
| State Bar of California | Los Angeles, CA | 1998 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 8/18/06

_____
(Signature of Applicant)

[Rule 83.frm]{Rev.01/06}