CRIMINAL DEFENSE ASSOCIATES
STEPHANIE AMES, ESQ
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:05-CR-00077-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE SENTENCING** |
| JAMES DAVID MILLER et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, by and through counsel Stephanie Ames, moves this honorable Court to continue the sentencing in the above-referenced matter for a period of approximately three months. The basis for this motion is that defense counsel has assumed this case from a prior attorney at Criminal Defense Associates who is no longer working with the firm. The Plea Agreement anticipated the potential of a sentencing reduction pursuant to § 5K1.1 of the Federal Sentencing Guidelines. However, due to no fault of the government, its attorneys, or the defendant, the necessary steps to obtain such a potential reduction were not accomplished.

The United States has agreed to still allow the defendant an opportunity to obtain a reduction under § 5K1.1 and, accordingly, the parties need additional time prior to sentencing to

determine if the defendant will be able to provide substantial, truthful cooperation to the government.

Neither the defendant nor the government will be prejudiced by the delay in sentencing requested herein and the interests of justice are served by the continuance in that it allows the parties to determine whether a mutually agreeable sentencing recommendation may be made.

I have discussed this motion with Special Assistant U.S. Attorney Robert Anderson, who has informed me that the government does not object to the continuance requested herein.


DATED: August 30, 2006                /s/ (Stephanie Ames)
                                      STEPHANIE AMES
                                      Attorney for Defendant