CRIMINAL DEFENSE ASSOCIATES
STEPHANIE AMES, ESQ
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
James David Miller

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 3:05-CR-00077-JWS |
| ) | |
| Plaintiff, ) | |
| vs. ) | **[PROPOSED] ORDER TO** |
| ) | **CONTINUE SENTENCING** |
| JAMES DAVID MILLER et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the motion of defendant, unopposed by the government and good cause appearing therefor, it is hereby ordered that the sentencing in the above referenced matter currently scheduled for September 15, 2006 at 8:30 a.m. is continued until _____.

The Court finds that such continuance is in the best interests of both parties, that neither party is prejudiced by the continuance based upon the representations of counsel made in the unopposed motion, and that the interests of justice are served by giving the parties additional time in which to determine whether a mutually agreeable sentencing recommendation may be reached.

**IT IS SO ORDERED.**

DATED:_____                    _____
                                          HON. JOHN W. SEDWICK