I declare under penalty of perjury that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING** will be served upon

Robert S. Anderson
US Department of Justice
105 E. Pine Street, 2nd Floor
Missoula, MT 59802
202-305-0230

James A. Goeke
US Attorney's Office
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513
907-271-5071

Andrea Steward
Environment/Natural Resources
U.S. Department of Justice
PO Box 23985
Washington, DC 20026-3985
202-305-0230

on August 30, 2006, by one or more of the following means:

    (X) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service

Executed at Woodland Hills, CA, on
August 30, 2006.

_____
Alex Lopez