NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
ANDREA STEWARD
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

ROBERT S. ANDERSON
United States Department of Justice
P.O. Box 23985
L'enfant Plaza Station
Washington, D.C. 20026-3985

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-077-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL DECREE** |
| | ) | **OF FORFEITURE** |
| v. | ) | |
| | ) | |
| JAMES DAVID MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-captioned case. This motion is supported by

the attached Declaration of Counsel.

    DATED this 25th day of October, 2006 in Anchorage, Alaska.

                        NELSON P. COHEN
                        United States Attorney

                        s/James Barkeley
                        JAMES BARKELEY
                        Assistant U.S. Attorney
                        Federal Building & U.S. Courthouse
                        222 W. 7th Avenue, #9, Room 253
                        Anchorage, AK 99513-7567
                        Phone: (907) 271-3699
                        Fax: (907) 271-1500
                        Email: jim.barkeley@usdoj.gov
                        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing
MOTION FOR FINAL DECREE OF FORFEITURE,
DECLARATION OF COUNSEL, and proposed FINAL
DECREE OF FORFEITURE were sent electronically
this 25th day of October, 2006, to:

ARTHUR GREENSPAN   (Counsel for defendant James David Miller)
Criminal Defense Associates
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364

MARK A. ROSENBAUM   (Counsel for defendant James David Miller)
Law Offices of Mark A. Rosenbaum
4940 Byrd Lane, Suite 100
Anchorage, AK 99502-1350

s/James Barkeley