NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
ANDREA STEWARD
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

ROBERT S. ANDERSON
United States Department of Justice
P.O. Box 23985
L'enfant Plaza Station
Washington, D.C. 20026-3985

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-077-JWS |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| JAMES DAVID MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      I, JAMES BARKELEY, am an Assistant United States Attorney and represent the Plaintiff in this action.

      1.    On April 17, 2006, defendant JAMES DAVID MILLER pled guilty to Counts

3 and 7 and admitted to the criminal forfeiture allegations in Count 9 of the Indictment issued in this case. On April 19, 2006, the Honorable John W. Sedwick entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in one PIPER PA-18 SUPER-CUB AIRCRAFT, SERIAL NUMBER 18-8898, UNITED STATES REGISTRATION NUMBER N9156P, described in Count 9.

2. Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. The United States Marshals Service ("USMS") perfected personal service of notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested, on the following individuals: Stacey Miller on May 1, 2006 (docket 100); John Forbes on May 1, 2006 (docket 102); and Christopher Beeman on May 2, 2006 (docket 101).

4. The USMS published notification of the Court's April 19, 2006 Preliminary Order of Forfeiture in the Anchorage Daily News on May 5, 12, and 19, 2006. Docket 103. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject property.

5. The USMS also published notification of the Court's April 19, 2006 Preliminary Order of Forfeiture in the Coeur d'Alene Press on May 13, 20, and 27, 2006. Docket 104. Said published notice advised all third persons of their right to petition the

Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject property.

6. No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described property have been filed by any other person or entity within the time allowed by law.

7. Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said property be forfeited as to all persons. Full right, title and interest in the above-described property shall be and hereby is vested in the United States.

Further, the United States Marshals Service and its property manager and/or its contractor should be directed to dispose of the above-described property and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of October, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing DECLARATION OF COUNSEL was sent electronically this 25th day of October, 2006, to:

ARTHUR GREENSPAN   (Counsel for defendant James David Miller)
Criminal Defense Associates
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364

MARK A. ROSENBAUM   (Counsel for defendant James David Miller)
Law Offices of Mark A. Rosenbaum
4940 Byrd Lane, Suite 100
Anchorage, AK 99502-1350

s/James Barkeley