IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00077-JWS |
| | ) | |
| Plaintiff, | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES DAVID MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 17, 2006, defendant JAMES DAVID MILLER pled guilty to Counts 3 and 7 and admitted to the criminal forfeiture allegations in Count 9 of the Indictment issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in the PIPER PA-18 SUPER-CUB AIRCRAFT, SERIAL NUMBER 18-8898, UNITED STATES REGISTRATION NUMBER N9156P, described in Count 9, constitutes an aircraft used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of wildlife involved in the criminal offense charged in Count 3, where the owner of such aircraft was at the time of the illegal act a consenting party or privy thereto or in the exercise of due care should have known that such aircraft would be used in a criminal violation of the Lacey Act, and the offense involved the sale or purchase of, the offer of sale or purchase of, or the intent to sell wildlife, as charged in Count 3, thereby rendering said aircraft subject to forfeiture under 16 U.S.C. § 3374(a)(2) and 28 U.S.C. § 2461.

AND WHEREAS, on April 19, 2006, entered a Preliminary Order of Forfeiture, forfeiting all of the right, title and interest of defendant JAMES DAVID MILLER in the above-referenced property, described in Count 9, pursuant to 16 U.S.C. § 3374(a)(2) and 28 U.S.C. § 2461.

AND WHEREAS, the United States Marshals Service perfected personal service of notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested, on the following individuals: Stacey Miller on May 1, 2006; John Forbes on May 1, 2006; and Christopher Beeman on May 2, 2006.

AND WHEREAS, on May 5, 12, and 19, 2006, the United States Marshals Service published, in the Anchorage Daily News, a newspaper of general circulation, notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of said property in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the property.

AND WHEREAS, on May 13, 20, and 27, 2006, the United States Marshals Service published, in the Coeur d'Alene Press, a newspaper of general circulation, notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of said property in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the property.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited property have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.   That the right, title and interest to the PIPER PA-18 SUPER-CUB AIRCRAFT, SERIAL NUMBER 18-8898, UNITED STATES REGISTRATION NUMBER N9156P, is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Fish & Wildlife Service and its property manager and/or its contractor according to law.

2.   That the United States Fish & Wildlife Service is directed to pay any and all costs associated with the described property and to dispose of such according to law.

3.   The Clerk is hereby directed to send a copy of this Order to the United States Fish & Wildlife Service, 605 W. 4th Avenue, Room 57, Anchorage, AK 99501, and the United States Marshals Service, 222 W. 7th Avenue, #28, Anchorage, AK 99513.

SO ORDERED this 26th day of October 2006.

/s/
HON. JOHN W. SEDWICK
United States District Court