STEPHANIE AMES (# 195608)
CRIMINAL DEFENSE ASSOCIATES
Attorney for Defendant James Miller
20700 Ventura Boulevard, Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile:    (818) 313-6871
Stephanie.ames@emailcda.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-00077-JWS |
| ) | |
| Plaintiff, ) | |
| ) | SUPPLEMENTAL |
| vs. ) | INFORMATION FOR COURT'S |
| ) | CONSIDERATION PRIOR |
| JAMES DAVID MILLER, ) | TO SENTENCING |
| ) | Judge:  John W. Sedwick |
| ) | |
| Defendant. ) | |
| ) | |

DEFENDANT TO THE ABOVE-ENTITLED ACTION, has submitted the following letters which he would like the Court to review and consider prior to sentencing.

DATED this 1st day of December, 2006 in Woodland Hills, CA.

> By:   /s/ Stephanie Ames
> Stephanie Ames, Esq.
> Criminal Defense Associates
> 20700 Ventura Blvd.,Suite 301
> Woodland Hills, CA  91364
> Telephone: (818) 313-6870
> Facsimile:  (818) 313-6871
> Email:  stephanie.ames@emailcda.com