November 29, 2006

The Honorable John W. Sedwick
Chief U.S. District Court Judge
District of Alaska
C/O Stephanie Ames,
Criminal Defense Associates
Fax number 818-313-6871

Dear Judge Sedwick:

My name is Charles Olson and I am the owner of a 58' herring and salmon Seiner, home ported in Sitka, Alaska. For the past six years Jim Miller has been my fish spotter. He is one of the best in the business because he works harder than anyone else and gives it his all, every minute, every day. He is always reliable, trustworthy, and dedicated to his fleet of boats. Those are rare attributes in this business. It would be impossible to replace him with anyone else as well qualified. If he is unable to work for me again this spring for the Sitka roe herring fishery it would seriously impact my ability to make a profitable season. I just can't go out and hire a replacement since his skills as a fish spotter make a huge difference in the outcome of this highly specialized livelihood.

Furthermore, I firmly believe that Jim Miller is a man of good character, a good family man, and a caring human being. I hope that you can find reason to give him a second chance and show leniency in your sentencing.

Sincerely,

Charles R. Olson
F/v Hukilau
3009 Halibut Pt Rd
Sitka, AK 99835

ALLAN J. NORVILLE
411 WEST CONGRESS
TUCSON, ARIZONA 85701

November 26, 2006

The Honorable John W. Sedwick
Chief U. S. District Court Judge
District of Alaska

Your Honor,

    This past summer, Mr. James Miller was employed by my company to pilot an amphibious De Havilland Otter. He preformed all his duties in a satisfactory and professional manner. The aircraft requires a person with specific skills and I required at least 5,000 hours in a turbine aircraft. During my search for a pilot, I reviewed qualifications of many applicants, and James was without question, the most qualified person to pilot my aircraft. I have entered into an agreement with James to pilot the aircraft and need his experience to insure the safety of my guests and business associates.

    My family, friends, guests and business associates all enjoyed the experience of flying with James. I received numerous compliments concerning his demeanor and concern for their safety and comfort.

Sincerely,

*[signature]*

Allan J. Norville

The Honorable John W. Sedwick
Chief U.S. District Court Judge
C/O Stephanie Ames
Criminal Defense Associates

Your Honor,

My name is William Dorman and I am writing to you on behalf of Mr. Jim Miller. I have been acquainted with Jim for quite some time in aviation circles, but it has been in the last couple of years that I have gotten to know him well. I hope that you will allow me this opportunity to attest to Jim's character.

I have been a pilot for the last thirty years. Almost the last twenty with American Airlines where I currently am flying the Boeing 767 and 757 as Captain on international routes. I have been around a lot of pilots but a harder working one than Jim would be hard to find. It was the summer season of 2005 while moonlighting with my float plane at Crystal Creek Lodge that I saw some of the best of Jim. I get up early on work days out there but without fail I would find Jim up and working before five am, getting things ready for everybody in true team fashion. The flying can be somewhat challenging in Western Alaska and I had many opportunities to observe Jim's very professional demeanor with regards to safety, excellent people skills, and just plain old airmanship. The kind that schools are not cranking out. Jim impressed me to the point that I introduced him to another gentlemen that I sometimes did some flying for. Mr. Alan Norville was looking for a good full time pilot and Jim was my pick on a very short list. Jim was looking for something different also and he has done a great job in his new position. I know it would be a great hardship to Mr. Norville and his associates if this employment were to be interrupted as Jim has special skills that would be next to impossible to replace. Not disregarding effects to Jim and his family.

Jim has been a welcome guest in my home many times, Let me share just a quick example (there are many) of Jim's good heart. One day at the lodge a freakish, un forecast windstorm came out of nowhere. Big waves breaking hard on the beach were threatening to destroy four airplanes, mine included. Everyone else was wearing waders but Jim, nevertheless he threw his wallet on the beach and jumped into the water where he stayed wrestling with planes for about an hour. Jim's fast thinking prevented certain damage to a lot of expensive equipment. The docks themselves were in fact destroyed.

For your consideration,

Thank you,

William J Dorman
11/24/06

To The Honorable John W. Sedwick
Chief US District Court Judge
District Of Alaska

Judge Sedwick:

My name is Joe Lindholm. I have been a commercial fisherman for forty six years. I still am. I have known Jim Miller for well over twenty of those years: Jim has worked for me many times over the years in the catching of fish. He is a fish spotter and a very good one. He is paid a percentage of the value of the catch and we have had many successful seasons together. Jim has always been on time for an opening and never been known to be a party guy like so many of his peers. He has conducted himself very professionally and always put safety first in this very dangerous business.

A short story about Jim. A few years ago the price of fish took a dramatic drop and the skippers that Jim flew for had a meeting ( Jim and the other pilots were invited ). The percentage that the pilots were being paid had to be talked about and possibly reduced.. Two other pilots were there and they weren't interested in negotiating. Jim felt that the subject was valid and he said to us skippers that he felt grateful to have the opportunity to make a living in these tough times. The other pilots finally saw the point and agreed. I will always remember this and it tells the character that this man is made of. He isn't greedy and he saw both sides of the coin. Jim is a very reasonable man but also had the guts to say his piece.

It has been brought to my attention that Jim has a legal problem with the State of Alaska. I am writing this letter to encourage you not to put this man behind bars . It would not serve the state's best interests. He is a productive person with a family who needs him. There are other ways for the state to have him make reparations. I am sure Your Honor can come up with something other than time. He is capable of productivity, not only for his family, but for the state

Respectively

*Joe Lindholm*
11-27-06

To the Honorable John W. Sedwick
Chief U.S. District Court Judge
District of Alaska
c/o Stephanie Ames; criminal Defense associate

I have known Jim for about 20 years he has worked for me off & on in the past but for the last few years he has flown for me in the Aleutian Is. baseing out of Dutch Harbor for Bait herring. It would be extremely difficult to get someone of Jim experience as a pilot & spotter pilot to take his place due to the remoteness, heavy fog & trecherouse flying conditions. He is the only small single engine plane in the Aleutians that I know of.

I have been a skipper for 37 years here in Alaska, owened 9 boats & fish multiple fisheries. There are just not many people around like Jim with that positive, make things happen, Loyal attitude I know I can count on Jim & hes always been there for me in business & as a friend.

Sincerely
Dan Veerhusen

I am on a charter with my boat @ present with the Alaska Fisheries development Foundation but you can contact me for farther information if needed.
@ cell 907 299 1395
boat 1 877 207 9504

Honorable Judge John W. Sedwick

Chief United States District Court Judge

District of Alaska

Your Honor,

My name is Gary S. Turney.

Jim Miller is my Brother in Law; I have known him for approx. 18 years.

I am a retired State of Alaska Correctional Officer, having served 21 years. In that capacity I had ample opportunity to come to value good character traits.

I value Jim's tenacity in caring and providing for his families welfare and have seen him grow in maturity and responsibility for the same. I believe he is a man who honestly lives up to his responsibilities.

I would request that strong consideration to alternative sentencing other than incarceration be given, having served in the system.

Respectfully

Gary S. Turney

P.O.Box 874251
Wasilla, Alaska
99687-4251

November 29, 2006

The Honorable John W. Sedwick,

I want to first thank you for taking time out of your busy schedule to consider these letters on behalf of Jim Miller. I worked with Jim up at a remote lodge last summer for a period of about six weeks. We worked very closely together as I am the Operations Manager and Head Guide and Jim was one of the pilots. Jim came to us mid-season as we were in dire need of a competent pilot for the remainder of the season. He filled that role with flying colors and I got to know him as a person during our time together.

Jim and I have known each other for about a year and a half and I have nothing but positive things to say about this individual. He is a considerate person with a strong work ethic. He has strong family ties as well, always putting them first and supporting a wife and daughter. I viewed Jim first as an employee and now as a friend. Jim helped us out tremendously throughout the work season. He was always someone you could talk to, supportive all the way with the staff. He helped me out personally during some stressful work and flying scenarios. I am comfortable putting my life in his hands when he is behind the yoke of an airplane, something I do not take lightly.

As his recent friend, I cannot comment on the nature of the trial because I did not know him when all of this began. I can comment on Jim Miller as an individual now and he I feel strongly that this man is a good person, a good husband, a good father, and a good friend. I feel the world is a better place with him as a free man and not behind bars and hope things turn out in a positive light for this individual. I thank you again for your time and consideration with these matters.

Sincerely,

Brendan Friel




THE QUINTESSENTIAL ALASKA

November 15, 2005

To Whom it May Concern,

I am writing this letter of recommendation on behalf of Jim Miller, a recent employee of Crystal Creek Lodge up in Dillingham, Alaska. I am the Operations Manager of this very high-end, luxurious fishing lodge and am in charge of day-to-day operations and management of the staff. It is with great pleasure that I comment on Jim's performance from this past season. We do an amazing amount of flying during our summer months of operation in the bush of Southwest Alaska. We were in dire need of an experienced, competent pilot half way through our season and that is when Jim Miller stepped onto the scene. I had the pleasure of spending countless hours in various aircrafts with this individual. He has a confident, yet humble, presence behind the helm of these majestic flying machines. He earned the utmost respect from the staff as well as the clients on a daily basis with his hard work and efforts in keeping things running smoothly on various levels. Jim was always the first to volunteer his help with other staff members, showing tremendous teamwork strengths, but also knew when and where it was his place to get involved with certain situations.

I would not hesitate to recommend Jim Miller for any position within any operation. I would also not hesitate to rehire this individual if the possibility should present itself to me. I am quite impressed with the confidence he exuded while flying in some extremely increment weather conditions. When faced with challenging weather and technical flying, Jim always aired on the side of caution when possible and the side of great decision-making when necessary. He was definitely a major asset within our operation this season and a contributing factor to the success of Crystal Creek Lodge.

Please do not hesitate to get in touch with me if a verbal recommendation is ever needed. My cell phone is 406-250-6119 and my email address is worldbfriel@hot___ ___. I would be more than happy to discuss this individual further if necessary. Thank you for your time and consideration with this talented individual.

Sincerely,
Brendan Friel

P.O. Box 872729 · Wasilla · Alaska · 99687
Phone: (907) 357-3153  Fax: (907) 357-1946
Email: info@alaskaonthefly.com  ·  Web: www.alaskaonthefly.com

November 28, 2006

To the Honorable John Sedwick
Chief U.S. District Court Judge
District of Alaska.

I've known Jim Miller for the past 24 years. We first became acquainted in 1982 while I worked a property development construction project in Anchorage, Alaska. We have been associated through various avenues of life and work through the years in Alaska.

After our first initial meeting on the construction job we then met again attending church. Then we were acquainted again while I worked a temporary job in a taxidermy shop during my college years at UAA and then again while I worked for the Alaska Department of Fish and Game, Division of Commercial Fisheries.

I have found Jim to be an individual who has always strived to maintain his integrity, to provide for his family as well as maintaining his family relationship, and his spiritual walk with God. Jim's passion for his work revolves around flying an airplane for his livelihood and having a few side-line skills to provide during the off season.

I have mentioned that I have been associated with Jim through church attendance. Over the years I have observed Jim as he has strived to maintain his walk with God, to improve himself, his character attempting to live the life God would have him live and putting into practice the Golden Rule by doing unto others as he would have done for himself.

While attending college I worked a temporary job in a taxidermy shop in Anchorage. Jim took lessons from the owner for a period of time to obtain a skill that he could use in his off season from flying to help supplement his income to provide financially for his family. I was able to get to know Jim through this work and he always seemed to be a reasonable and conscientious individual.

In my work with the Department of Fish and Game from 1985 through 2006. I was again associated with Jim during a portion of these years when he flew as an herring spotter pilot for the commercial herring sac roe fishery and the seine boats involved in this fishery. During the years Jim has been involved flying for this fishery, he has been accommodating and assisting in giving the department visual observations regarding herring spawn sightings, abundance and biomass estimates which has been a benefit and assistance to spring season sac roe herring management.

Throughout the years I have known Jim, he has worked out of town a fair amount flying various jobs. Therefore it was difficult to spend any lengthy amounts of time with him but I do know his goal has been to become a private pilot flying for a private enterprise. He has now obtained that goal, flying as private pilot for an individual.

Jim Miller has attempted to improve his life and the changes have been evident by his

willingness in serving others as well as being a father and husband and by providing and meeting the needs of his family.

Sincerely,

/s/ Paul Kuriscak

## Stephanie Ames

**From:** Stacey sam [sam51866@yahoo.com]
**Sent:** Thursday, November 30, 2006 9:50 PM
**To:** stephanie.ames@emailcda.com
**Subject:** My letter for Papa

To the Honorable John W.Sedwick,
Cheif U.S. District Court Judge
District o Alaska
Care of Stephanie Ames at Criminal Defense Associates

Your Honor,
my father is a selfless person who has always put the needs of me and my mom first. If we need health care, clothes or school supplies ,he has always been there.I've always gotten the best he can give because thats what he wants for me. Its not ony that he gives what we need or want, but his presence in my life is a driving force for any dreams of my future to become a reality. I need him to be there for long hugs when I've had a rough day at school or when I'm sick. We have had to be apart when he goes to work and those days were the worst to get through.Thankfully we don't have to do that anymore because of his new job with Mr. Norville. Last summer we were all together and it was what we have been wanting as a family for a long time. I can't think of having to be without Papa anymore. I am a junior in highschool and the day we get back from Alaska is my junior prom.(December 9th) Papa will be the one to meet my date and take the pictures. He is the one to take us to dinner on my birthday on the 22nd and he is the reason we have a home for every celebration or event of our lives. I am a complete Papas girl and I need him in my life everyday. Please don't consider taking away the strenghth of my life at this point . We have already gone through so much these last five years our lives have all been forever changed. Thankyou for taking the time to read this.  Ashley Miller

---

Everyone is raving about the all-new Yahoo! Mail beta.

## Stephanie Ames

**From:** Stacey sam [sam51866@yahoo.com]
**Sent:** Thursday, November 30, 2006 12:46 PM
**To:** stephanie.ames@emailcda.com
**Subject:** Regarding Jim

The Honorable John W. Sedwick
Chief U.S. District Court Judge
District of Alaska

C/O Stephanie Ames
Criminal Defense Associates

Jim Miller and I have been married 18 years this coming March.If you are blessed in marriage as the years go by the two become one and are inseparable in spirit. This has happened in my life. I cannot recall a positive memory in this time that was not created or provided by my husband. His life with us is undeniably the foundation of our lives. Aside from the emotional aspect the financial and physical life provided by Jim for our family is literally our daily bread. He is a provider in every sense and I will not be able to give our daughter the food and well being she has been accustomed to for the past 17 years if Jim is separated from us.
We have endured a lifestyle that is somewhat familiar in the commercial fishing industry. The long periods of time apart that led many to divorce over the years has strengthened our relationship and encouraged emphasis on communication. It has allowed for tolerance and growth where others fail miserably everyday. My marriage is marveled at by my peers and family. Jim and I are one of the few that have made it. Our daughter's friends, young men and women, come to our home often and enjoy dinners and conversation with him asking for advice in everyday matters and learning that being a good human is not easy but necessary.He is loving, compassionate and a good teacher. His is respected as a man's man in every aspect of his life, professionally and personally. I am proud to be his wife.

Please understand the loss to us in a life without Jim. Ashley and I are completely dependent on his income. His absence would mean full dependence on any and all state and federally funded programs available to us. The possibility of facing life alone is incomprehensible as Ashley and I are both currently under a doctor's care for panic attacks, extreme anxiety problems and severe depression due to the last five years of dealing with this unrelenting situation.Although our extended family has supported us in every way, they too have been nearly exhausted and I would not be able to depend on their lives in lieu of my husband. Please comprehend that our only wish is to be alowed to continue life as a family unit being physically together, working in a law abiding manner to complete the raising of our daughter in the rarity of a loving and complete home.
With respect, Stacey Miller

---

Check out the all-new Yahoo! Mail beta - Fire up a more powerful email and get things done faster.

11-22-2006

To The Honorable John W. Sedgwick,
Chief U.S. District Court Judge,
District of Alaska

C/O Stephanie Ames
Criminal Defense Associates


My name is Nick Cook and me and my family has known Jim Miller for about 5 Years. He is a very good friend to me and my family. I have observed him to be a good provider for his family and very generous to his friends. The old saying "he would give you the shirt off his back" aptly applies to Jim. I have learned about his career as a pilot and an outdoorsman from other sources and feel he has led a truly remarkable life of service and sacrifice to many people in his life and occupation as a pilot. He has truly saved the lives of many people. I have seen a definite change in his life over the last few years in which he has become a lot more focused on his family and spending valuable time with them. He has grown weary of being away from them, which is due to his work in Alaska. As long as we have known Jim he has been a man who has been a blessing to his family and friends and will continue to be an attribute to his community, and a valuable asset to his employers. We look forward to many more years of relationship with him and his family. I write this with great sincerity and appeal to anyone in authority to allow Jim Miller to remain with his family.

Very Sincerely,

*Nick Cook*
*Susan J. Cook*

Honorable Judge John W. Sedwick
Chief United States District Court Judge
District of Alaska

Your Honor:

I am Frances Anne Turney, mother-in-law of James (Jim) David Miller. Although I presently live in Oregon, I was an Alaskan resident for 21 years and during that time was employed by the Anchorage Police Department (1978-1993). My daughter Stacey and Jim were married in Anchorage at St. Mary's Episcopal church in March of 1988. I have known Jim well for eighteen years and appreciate this opportunity to write a letter of character reference.

First, for me, is the consistent care he has taken for the welfare of my daughter and their daughter. He is adamant that his life and actions shall work toward what is best for his family. He extends that concern to me and to his brother-in-laws and their families. I love him as a son and expect and receive from him love and respect in return.

Professionally, Jim carries through with his business relationships with integrity. For more than ten years Jim and Stacey have lived in my home in Idaho that is a shared investment. Jim has worked very hard during those years to totally remodel this home, giving me a good home to retire to or increasing its value as an investment, as I choose. I trust him completely in this. Jim has considerable skill as a pilot. I have always been impressed by his knowledge and thoroughness in safety concerns for his aircraft, passengers and his personal fitness for the task at hand plus his intolerance for alcohol or drug use by anyone that could threaten this safe operation. These same concerns are shown in his daily life.

Through the many years I have known him and to the best of my knowledge, although he may have occasionally erred in judgment, he has never acted out of a desire to harm or with criminal intent. Jim has had setbacks, as we all have had, yet continues to mature and learn. He deals with life now with greater thought and less spontaneity. He is a good man.

Respectfully,

*Frances A. Turney*

Frances A. Turney
P.O. Box 5544
Grants Pass, Oregon 99727

November 25, 2006

## CHARACTER REFERENCE FOR JIM MILLER

FROM:   PETER ALEXSON
        OWNER / OPERATOR F/V RENAISSANCE
        907-235-3428

TO:     HONORABLE JUDGE W. SEDWICK
        CHIEF U.S. DISTRICT COURT JUDGE
        C/O STEPHANIE AMES
        CRIMINAL DEFENSE ASSOCIATE
        FAX# 818-313-6871


JIM MILLER BEEN A HERRING SPOTTER FOR ME FOR THE PAST FIVE YEARS.

JIM'S TALENT AND SKILL AS A PILOT AND SPOTTER IS AT SUCH A HIGH LEVEL THAT HE IS IRREPLACEABLE.

YOU CANNOT JUST GO OUT AND FIND ANOTHER JIM MILLER WHEN IT COMES TO THE BUSINESS OF FINDING FISH.

IF JIM WERE IMPRISONED I SEE IT AS A HARDSHIP FOR MY FAMILIES FISHING BUSINESS.

JIM HAS ALWAYS SHOWN COMPASSION FOR HIS WORK AND THE PEOPLE AROUND HIM.


THANK YOU FOR YOUR TIME,

PETE ALEXSON
COMMERCIAL FISHERMAN
HOMER, ALASKA



5201 Gjosund Drive   Homer, AK  99603

Nov 20, 2006

The Honorable John W. Sedwick,
Cheif U.S. District Court Judge,
District of Alaska.

Judge Sedwick:

It has been my pleasure to have Mr. Jim Miller working as my spotter pilot during the last few herring seasons. His spotting skills have been an indispensable part of my fishing operation and if he were to be forced to abandon the job I really don't know who I would turn to. He has a remarkable ability to set my boat on herring, ability that takes many years to learn and cannot be replaced.

I cannot simply hire another spotter because the level of communication required between the boat captain and the pilot takes years to develop. Jim and I understand each other.

Please do not damage my livelihood and do allow Jim to continue spotting herring in 2007.

Regards,

Bill Wiebe
Janeandbill@gmail.com
907 235 6924