I declare under penalty of perjury that a true and correct copy of the foregoing **SUPPLEMENTAL INFORMATION FOR COURT'S CONSIDERATION PRIOR TO SENTENCING** will be served upon

Robert S. Anderson
US Department of Justice
105 E. Pine Street, 2nd Floor
Missoula, MT 59802
202-305-0230

Andrea Steward
Environment/Natural Resources
U.S. Department of Justice
PO Box 23985
Washington, DC 20026-3985
202-305-0230

on December 1, 2006, by one or more of the following means:

      (X) U.S. Mail
      ( ) U.S. Mail Certified
      ( ) FAX
      ( ) Hand Delivery
      ( ) Hand Delivery to FPD Pickup Box
      ( ) Hand Delivery to USAO
      ( ) Private Messenger Service

Executed at Woodland Hills, CA, on
December 1, 2006.


 /s/ Alex Lopez
Alex Lopez