# Attachment B

## Factual Basis for 1999 and 2001 Hunts

1. <u>1999 Hunt</u>

In his objections to the PSR, the defendant asserted that for the 1999 hunt he did not guide the hunters and also that he only received $553 per hunt. It is illegal to guide, outfit or transport a big game hunter.[1] The evidence gathered during the course of the investigation establishes by a preponderance of evidence that the defendant did provide these services and that he was paid by the hunters for the services. The defendant was not licensed to provide any of these services for guiding, outfitting or transporting in 1999. The following are the specifics of the hunt.

In 1999, the defendant offered a discounted rate to hunter Chuck Wooley if he would get other paying clients for a caribou hunt in Alaska. According to Chuck Wooley, he paid the defendant approximately $750 for the hunt. The defendant made contact with the hunters referred to him by Chuck Wooley. The hunters included Dale Johnson, Patrick Halseth, Newton Betts, Terry Thompson, Eldon Volking, Ken Shiess, and Owen and Ralph Christensen.

---

[1] See Attachment C for relevant Alaska State law prohibiting guiding outfitting or transporting without a license. It is a violation of the Lacey Act to violate state law and then transport the game interstate. 16 U.S.C. § 3372(a)(2)(A), 3373(d)(1)(B). In this case, there was an illegal sale (sale includes the sale of guiding services) and transport of wildlife from the field to a staging area where the defendant then prepared and sent the trophies taken by the hunters to the hunters' homes in the lower 48.

1

According to canceled checks received by the government from Dale Johnson, Johnson paid $1650 to Jim Miller for the caribou hunt. He paid $825 in January 1999 as a deposit and another $825 in September 1999 to complete payment for the hunt. Johnson's hunting partner, Patrick Halseth, has stated that he paid the same as Johnson. The hunting trio of Ken Shiess, and Ralph and Owen Christensen, have stated that they paid approximately $1650 each to their guide, the defendant, for the 1999 caribou hunt. Notes received by the government from Ken Shiess corroborate these payments.

According to other hunters, Eldon Volking and Terry Thompson, paid approximately $1500 each. Newton Betts has stated that he paid approximately $1500 plus a tip to the defendant for the caribou hunt. The total amount for this hunt received by the defendant was approximately $12,000, not including tip.

According to all of these out-of-state hunters, the hunting camp was set up by the defendant's son with camping equipment and food, and the location of the hunt was selected by the defendant, and the defendant transported them to the remote location. The defendant stayed in camp several nights over the course of an approximately seven day hunt and assisted with the preparation and packing of the hunters' game.

    2.    <u>2001 Hunt</u>

In his objections to the PSR, the defendant has also asserted that in 2001 he did not guide the hunters; that he was paid only for drop-off services and he was not in camp with the hunters. The evidence gathered during the course of the investigation establishes by a preponderance of the evidence that the defendant did provide guiding, outfitting and transportation services, and that he was approximately $7,000 for the hunts. The defendant was not licensed to provide any of these services in 2001. The following are the specifics of that hunt.

In July of 2001, the defendant sent James Houghton and Marvin McConathy a video tape touting the defendant's services as a hunting guide on a moose hunt in Alaska. In August 2001, after watching the video, both hunters paid a fifty percent deposit to the defendant of $1750 each for a total of $3500 for a moose hunt. In September of 2001, the out-of-state hunters arrived in Alaska. The defendant did not meet them on the day and time agreed to in King Salmon. The hunters asked around town for their guide, the defendant. When the defendant did show up a couple of days later, he was upset that the hunters had made inquiries in town.

Once they met up with the defendant, the hunters paid for the balance due for the moose hunt. McConathy paid $1750 in cash and Houghton wrote a check to the defendant for $1750. The defendant became upset that Houghton wrote a

3

check because the defendant had requested cash only. The defendant had Houghton cross out the name 'Jim Miller' and make it out to the company that the defendant owed money to for gas.

When the defendant transported the hunters to the camp he instructed them that if any law enforcement officers contacted them they were to say that they were friends of the defendant and not paying clients. The defendant was apparently concerned that the inquiries in town would tip off law enforcement that he was providing illegal hunting services. Several days later, an Alaska State Trooper, Justin Rogers, landed in their camp and carried out a hunter compliance check. The Trooper did so because he had heard that the hunters were looking for their guide, Jim Miller, in town and he knew that Jim Miller was not a guide. The hunters lied to the Trooper and stated that they were just friends with the defendant and not paying clients.