# Attachment C

## Applicable Alaska State Law and Federal Law

I. "Guide" means to provide, for compensation or with the intent or with an agreement to receive compensation, services, equipment, or facilities to a big game hunter in the field by a person who accompanies or is present with the big game hunter in the field either personally or through an assistant. Such services include:

(A) contracting to guide or outfit big game hunts;
(B) stalking, pursuing, tracking, killing or attempting to kill big game;
(C) packing, preparing, salvaging or caring for meat, except that which is required to properly and safely load the meat on the mode of transportation being used by a transporter;
(D) field preparation of trophies, including skinning and caping;
(E) selling, leasing, or renting goods when the transaction occurs in the field;
(F) using guiding or outfitting equipment, including spotting scopes and firearms, for the benefit of a hunter; and
(G) providing camping or hunting equipment or supplies which are already located in the field. Alaska Statute § 08.54.790(7).

II. "Outfit" means to provide, for compensation or with the intent to receive compensation, services, supplies, or facilities to a big game hunter in the field, by a person who neither accompanies nor is present with the big game hunter in the field either personally or by an assistant. Alaska Statute § 08.54.790(8).

III. "Transportation Services" include the carriage for compensation of big game hunters, their equipment, or big game animals harvested by hunters to, from, or in the field; "transportation services" does not include the carriage by aircraft of big game hunters, their equipment, or big game

1

animals harvested by hunters by an air taxi operator or air carrier for which the carriage of big game hunters, their equipment, or big game animals harvested by hunters is only an incidental portion of their business. In this context, incidental means transportation provided to a big game hunter by an air taxi operator or air carrier who does not; (I) charge more than the usual tariff or charter rate for the carriage of big game hunters, their equipment, or big game animals harvested by hunters or, (ii) advertise transportation services or big game hunting services to the public through electronic media or otherwise. Alaska Statute § 08.54.790(9).

The State of Alaska recognizes and licenses certain distinct categories of big game guides including the following:

   I.   A "Registered Guide" is authorized to contract to guide or outfit big game hunts and can employ a "Class A" Assistant Guide to assist in the field under his/her supervision, but the Registered Guide must be physically present in the field with the client at least once during the contracted hunt. Alaska Statute § 08.54.610.

   II.  A "'Class A' Assistant Guide" is not authorized to contract to guide or outfit a big game hunt and must be employed by and under the supervision of a registered guide who has contracted with the client for whom the class-A assistant guide is conducting the hunt. Alaska Statute § 08.54.620.

   III. An "Assistant Guide" cannot contract to guide or outfit big game hunts and must be employed by a registered guide, and while in the field must be supervised by a guide or a "Class A" assistant guide. Alaska Statute § 08.54.630.

The State of Alaska defines a "Transporter" as someone who is licensed and authorized to provide transportation and accommodations to hunters in the

field at a permanent lodge, house, or cabin owned by the transporter or on a boat with permanent living quarters located on salt water. Alaska Statute § 08.54.650.

Alaska Statute sections 08.54.720(9) and (11) make it unlawful for a person without a current registered guide license to knowingly guide or outfit big game hunters, or to advertise as a registered guide or outfitter, or to represent to be a registered guide our outfitter. Alaska Statute section 08.54.720(12), makes it unlawful for a person to knowingly provide transportation services to big game hunters without holding a current registered guide license or transporter license. Alaska Statute section 08.54.720(13) makes it unlawful for a person without a current transporter license to knowingly advertise as, or represent to be, a transporter.

The Lacey Act makes it unlawful, *inter alia*, for a person to knowingly transport, sell, receive, acquire or purchase wildlife having a market value over $350.00, which has been taken, possessed, transported or sold in violation of a wildlife-related state or federal law, and which the person knows, or in the exercise of due care should know, was taken, possessed, transported, or sold in violation of law. 16 U.S.C. §§ 3372(a), 3373(d).

Section 3372(c)(1) of the Lacey Act provides, "It is deemed to be a sale of fish or wildlife in violation of this chapter for a person for money or other

3

consideration to offer or provide: (A) guiding, outfitting, or other services; or (B) a hunting or fishing license or permit, for the illegal taking, acquiring, receiving, transporting, or possessing of fish or wildlife." 16 U.S.C. § 3372(c)(1).