NELSON P. COHEN
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:05-cr-077-JWS |
| Plaintiff, | ) ) ) | **UNOPPOSED MOTION FILED ON SHORTENED TIME TO APPEAR TELEPHONICALLY** |
| vs. | ) ) | |
| JAMES D. MILLER, | ) ) | |
| Defendant. | | |

The United States of America, by Assistant United States Attorney, Andrea Steward, hereby moves unopposed to have Robert Anderson, Senior Trial Attorney, to

appear telephonically at the sentencing hearing scheduled for December 8, at 8:30 a.m. in Anchorage, Alaska in the above captioned matter.

DATED this 4 day of December 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

/s/Andrea T. Steward
Andrea T. Steward
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of **UNOPPOSED MOTION FILED ON SHORTENED TIME TO APPEAR TELEPHONICALLY  AT BENCH TRIAL**
 was served December 4, 2006, via electronic filing, on

Stephanie Ames
Mark Rosenbaum

Executed at Anchorage, Alaska, on December 4, 2006.

___/s/ Andrea Steward_____
Office of the U.S. Attorney