IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. 3:05-cr-077-JWS |
| | ) | |
| Plaintiff, | ) ) | **ORDER GRANTING UNOPPOSED MOTION FILED ON SHORTENED TIME TO APPEAR TELEPHONICALLY** |
| vs. | ) ) | |
| JAMES D. MILLER, | ) ) | |
| Defendant. | | |

IT IS SO ORDERED. The attorney for the government, Robert Anderson, may appear telephonically in this matter scheduled for sentencing on December 8, 2006, at 8:30 a.m.

DATED: _____

　　　　　　　　　　　　　　　　　　HONORABLE JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE