```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  __JAMES DAVID MILLER__    CASE NO. __3:05-CR-00077-01-JWS__
Defendant: _X_ Present  _X_ On Bond

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES' ATTORNEY:     ANDREA STEWARD
                             ROBERT ANDERSON, Telephonic

DEFENDANT'S ATTORNEY:        STEPHANIE AMES

U.S.P.O.:                    PAULA MCCORMICK/BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 12/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of _18 months on counts 3 and 7: each term to be served concurrently._

_X_ Defendant placed on supervised release for a period of _3 years on counts 3 and 7; each term to be served concurrently_ under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $_200.00_, due _immediately; payment coupon given to the defendant._

_X_ Restitution $_10,650.00_, to be paid to _Attorney General's Collection unit; due immediately; payment coupon given to the defendant._

_X_ Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

_X_ On motion of the U.S. Attorney, remaining counts _1, 2, 4, 5, 6, 8 & 9_ of the Indictment dismissed.

_X_ OTHER: _Court and counsel heard re plea agreement. Court and counsel heard re presentence report objections; paragraph 64 over-ruled. Court and counsel heard re downward adjustment;_ **GRANTED**. _Sentencing recommendations heard. Court and counsel heard re forfeiture of defendant's interest. Court advised the defendant of appeal rights._

At 9:24 a.m. court adjourned.

DATE: ___December 8, 2006___   DEPUTY CLERK'S INITIALS: __ce__