**\*SECOND AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   JAMES DAVID MILLER    CASE NO. 3:05-CR-00077-01-JWS
Defendant:  X Present   X On Bond

BEFORE THE HONORABLE:      JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:     CAROLINE EDMISTON

UNITED STATES' ATTORNEY:   ANDREA STEWARD
                           ROBERT ANDERSON, Telephonic

DEFENDANT'S ATTORNEY:      STEPHANIE AMES

U.S.P.O.:                  PAULA MCCORMICK/BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 12/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of 18 months on counts 3 and 7: each term to be served concurrently.

 X Defendant placed on supervised release for a period of 3 years on counts 3 and 7; each term to be served concurrently under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Special Assessment $200.00, due immediately; payment coupon given to the defendant.

 X Restitution $10,650.00, to be paid to Attorney General's Collection unit; due immediately; payment coupon given to the defendant.

 X Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

 X On motion of the U.S. Attorney, remaining counts 1, 2, 4, 5, 6 & 8* of the Indictment dismissed. *Defendant to forfeit the defendant's interest in the property to the United States as directed.

 X OTHER: Court and counsel heard re plea agreement. Court and counsel heard re presentence report objections; paragraph 64 over-ruled. Court and counsel heard re downward adjustment; **GRANTED**. Sentencing recommendations heard. Court and counsel heard re forfeiture of defendant's interest. Court advised the defendant of appeal rights.

At 9:24 a.m. court adjourned.

DATE:    December 18, 2006      DEPUTY CLERK'S INITIALS:    ce